**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RICHARD MACHARIA WARUINGI,

    Plaintiff,

v.

SUSANNA JANE DODGSON,
LOOKMAN SULAIMON AROUNFALE, and
EMERALD PADEMELON PRESS d/b/a
Medical Journal of Therapeutics Africa,

    Defendants.

Civil No. 09-3733 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**

Dated: May 5, 2010
    s/Michael J. Davis
    MICHAEL J. DAVIS
    Chief United States District Judge